UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>   v.<br><br>PRISCILLA SCHMEELK; MATHEW RICHARD SCHMEELK; ANDREW SCHMEELK; VIRGINIA NERICH a/k/a VIRGINIA SCHMEELK; MARRIE SCHMEELK; ELIZABETH SCHMEELK; STEPHEN SCHMEELK and MICHAEL SCHMEELK,<br><br>        Defendants.<br>_____<br><br>PRISCILLA SCHMEELK,<br><br>        Counterclaimant,<br><br>   v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, ROBERT PISCATELLI and ADAM CHERNEY,<br><br>        Counterclaim Defendants. | Civil Action No.:  1:23-cv-1168 (JPO) |

**CIVIL ACTION – ORDER TO DEPOSIT
SUM OF MONEY WITH THE COURT**

---

The above entitled cause having come before the Court upon an application filed by McElroy, Deutsch, Mulvaney & Carpenter, LLP, attorneys for Plaintiff Metropolitan Life Insurance Company ("MetLife") to deposit a sum of money with the Court pursuant to Rule 67 of the Federal Rules of Civil Procedure and Local Civil Rule 67.1 of the General Rules of this Court,

and the Court having considered the application;

**NOW THEREFORE**, it is on this 8th day of June, 2023

**ORDERED** that MetLife's application to deposit a sum of money with the Court is hereby granted; and it is further

**ORDERED** that the Clerk of Court accept and deposit the interpleader funds in the amount of $3,200,000, plus any applicable interest, into Disputed Ownership Fund in an interest-bearing account of this Court as soon as the business of this office allows; and it is further

**ORDERED** that the sums so invested in the interest-bearing account shall remain on deposit until further order of this Court; and it is further

**ORDERED** that the Clerk shall deduct a fee for the handling of the funds, a fee consistent with that authorized by the Judicial Conference of the United States and as set by the Director of the Administrative Office; and it is further

**ORDERED** that a copy of this Order shall be served upon the Clerk of this Court or upon the Financial Deputy Clerk.

Dated: June 8, 2023

    New York, New York

_____
J. PAUL OETKEN
United States District Judge