UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY,<br><br>       Plaintiff,<br><br>– against –<br><br><br>PRISCILLA SCHMEELK, et. al,<br><br>       Defendants. | Case No. 1:23-cv-01168-JPO<br><br>**<u>ORDER OF DISMISSAL WITH PREJUDICE</u>** |

PRISCILLA SCHMEELK,

       Counterclaimant,

– against –

METROPOLITAN LIFE INSURANCE COMPANY, ROBERT PISCATELLI, and ADAM CHERNEY,

       Counterclaim Defendants.

MATTHEW SCHMEELK as representative of the Estate of Richard Schmeelk,

       Intervening Plaintiff,

– against –

METROPOLITAN LIFE INSURANCE COMPANY, ROBERT PISCATELLI, and ADAM CHERNEY,

       Intervenor Defendants.

The Court has reviewed the Joint Stipulation and Request for Dismissal with Prejudice submitted by: Stevens & Lee, P.C., as counsel for Plaintiff/Counterclaim Defendant/Intervenor Defendant Metropolitan Life Insurance Company and Counterclaim Defendant/Intervenor

Defendant Robert Piscatelli; Winget, Spadafora & Schwartzberg, LLP, as counsel for Counterclaim Defendant/Intervenor Defendant Adam Cherney; Pryor Cashman, LLC, as counsel for Defendant/Counterclaim Plaintiff Priscilla Schmeelk; Cooper LLC, as counsel for Defendants Matthew Richard Schmeelk and Andrew Schmeelk, and Intervening Plaintiff Matthew Schmeelk as Representative of the Estate of Richard J. Schmeelk; and Eaton & Torrenzano, LLP, as counsel for Defendant Stephen Schmeelk ("Joint Stipulation").

Having considered the Joint Stipulation, and good cause appearing therefore, it is hereby ORDERED pursuant to Federal Rule of Civil Procedure 41, that payment of the proceeds of Metropolitan Life Insurance Company Policy No. 75,494,775 ("Policy Proceeds"), plus all accrued interest, shall be paid to Priscilla Schmeelk at 160 Via Del Lago, Palm Beach, Florida 33480; and that the Complaint in Interpleader, all Counterclaims, all Intervenor Claims, and/or any related claims that were or could have been asserted in this Action, are hereby dismissed with prejudice.

**IT IS SO ORDERED** on this 7th day of March, 2024.

**IT IS FURTHER ORDERED**, that a copy of the within Order be served upon all counsel of record.

_____
J. PAUL OETKEN
United States District Judge