UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY,<br><br>  Plaintiff,<br><br>– against –<br><br><br>PRISCILLA SCHMEELK, et. al,<br><br>  Defendants. | Case No. 1:23-cv-01168-JPO<br><br>**JUDGMENT** |

PRISCILLA SCHMEELK,

  Counterclaimant,

– against –

METROPOLITAN LIFE INSURANCE COMPANY, ROBERT PISCATELLI, and ADAM CHERNEY,

  Counterclaim Defendants.

MATTHEW SCHMEELK as representative of the Estate of Richard Schmeelk,

  Intervening Plaintiff,

– against –

METROPOLITAN LIFE INSURANCE COMPANY, ROBERT PISCATELLI, and ADAM CHERNEY,

  Intervenor Defendants.

An Order of the Honorable J. Paul Oetken, United States District Judge, having been filed on March 7, 2024, directing payment of the proceeds of Metropolitan Life Insurance Company Policy No. 75,494,775 ("Policy Proceeds"), plus all accrued interest, to Priscilla Schmeelk at 160 Via Del Lago, Palm Beach, Florida 33480; and dismissing with prejudice the

Complaint in Interpleader, all Counterclaims, all Intervenor Claims, and/or any related claims that were or could have been asserted in this Action; it is

**ORDERED AND ADJUDGED** that the Clerk is directed to disburse the Policy Proceeds, plus all accrued interest, to Priscilla Schmeelk at 160 Via Del Lago, Palm Beach, Florida 33480; and that the Complaint in Interpleader, all Counterclaims, all Intervenor Claims, and/or any related claims that were or could have been asserted in this Action, are hereby dismissed with prejudice.

  **The Clerk is directed to close this case.**


Dated:  New York, New York
March 7, 2024

_____
J. PAUL OETKEN
United States District Judge